# EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Milwaukee Area Office

310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
(414) 297-1111
TTY (414) 297-1115
FAX (414) 297-4133 & 3146

Charge Number: 443201801082

Scott Steele
203 East Beechwood Court
Mequon, WI 53092
        Charging Party

vs.



The E.W. Scripps Company
312 Walnut Street
Cincinnati, OH 45202
        Respondent

## DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII) and the Age Discrimination in Employment of 1967, as amended (ADEA).

The Respondent is an employer within the meaning of Title VII and the ADEA, and all requirements for coverage have been met.

Charging Party alleged that he was discriminated against in violation of Title VII and the ADEA when he was subjected to harassment, different terms and conditions of employment, disciplined, and discharged because of his race, national origin, sex, age, and due to his opposition to discriminatory practices.

I have considered all the evidence disclosed during the investigation and have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent retaliated against Charging Party when the Respondent harassed, disciplined and forced him to resign his employment due to his opposition to discriminatory practices in violation of Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 1601.26).

If the Respondent wishes to accept this invitation to participate in conciliation efforts, it may do so at this time by proposing terms for a conciliation agreement. That agreement should be provided to the Commission representative within (14) days of the date of this determination. The remedies for violations of the statutes we enforce are designed to make the identified victims whole, and to provide corrective and preventative relief. These remedies may include, as appropriate, an agreement by the Respondent not to engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation(s) and the resolution of the claim.

Should the Respondent have further questions regarding the conciliation process or the conciliation terms it would like to propose, we encourage it to contact the assigned Commission representative. Should there be no response from the Respondent within (14) days, we may conclude that further conciliation efforts in this matter would be futile or non-productive.

On behalf of the Commission:

__APR 0 5 2019__
Date

Juliane Bowman
District Director

cc:  Hawks Quindel SC
     Attn: Timothy Hawks & Walter Kelly
     222 E. Erie Street, Suite 210
     PO Box 442
     Milwaukee, WI 53201-0442

     Baker & Hostetler LLP
     Attn: M. Scott McIntyre
     312 Walnut Street
     Suite 3200
     Cincinnati, OH 45202-4074