# EXHIBIT B



WTMJ-TV MILWAUKEE   WTMJ-TV MILWAUKEE   WTMJ-TV MILWAUKEE

720 East Capitol Drive, Milwaukee, WI 53212-1371

To:        Scott Steele
From:      Janet Hundley
Date:      July 25, 2017
Subject:   Performance Expectations

Dear Scott,

On May 24, 2017, we shared with you concerns regarding your interaction with co-workers. Given the issues raised, as well as your input to HR, HR became involved and conducted a thorough investigation. The investigation is now complete and the findings are that you need to significantly improve your interactions with co-workers by consciously working on your approach, exercising professional decorum, and demonstrating discernment and good judgment in a consistent manner.

For example, you must be self-aware and understand that when you raise your voice or yell at co-workers when discussing over-runs, scheduling, time in the editing bay, etc., this contributes to a particularly unproductive work environment.

On June 20, 2017, you met with HR and Legal when you raised allegations of retaliation. Legal reviewed your concerns and confirmed with you that there was no retaliation and that your management team is allowed to manage your performance and behaviors.

In addition and going forward, you may not conduct investigations or ask questions related to your personal development with your co-workers without HR's involvement and taking the lead. You did so relative to matters that were discussed and this created additional angst and an environment where co-workers were concerned, guarded, and unwilling to provide honest feedback given concerns about your reaction.

We applaud your efforts to improve work relationships and direct you to tap your on-site HR representative, Cheryl White, to help you circulate and interpret the results of a 360-assessment. This

will be a more useful way of understanding how your performance impacts those with whom you work. While this does not preclude you from having informal exchanges that naturally occur between co-workers, even these interactions must be mutually agreeable and necessary for discharging your job duties. To clarify, any specific feedback regarding your performance, interaction with co-workers, etc. must include HR's involvement and guidance.

Scott, we expect you to demonstrate acceptable professional behavior and be reminded of the E.W. Scripps Code of Conduct, which states in pertinent part:

> *Treating Each Other Respectfully*
> *Scripps employees are committed to treating each other with courtesy, dignity and respect. Treating colleagues with courtesy and respect improves the quality of our workplace and ensures that we attract people with a variety of talents, strengths, backgrounds and personal characteristics that enhance our success.*

If you continue to have performance problems, you will be subject to additional corrective action, including but not limited to termination of your employment, pursuant to Section 8(A) of your employment agreement.

Let us know if you have additional questions or concerns.

Janet Hundley, WTMJ
News Director

Joe Poss
VP/General Manager