UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(MILWAUKEE DIVISION)

SCOTT STEELE,

        Plaintiff,

v.                                Case No. 19-cv-01879-LA

SCRIPPS MEDIA, INC.,

        Defendant.

## PLAINTIFF'S CIVIL L. R. 7.1 DISCLOSURE STATEMENT

The undersigned counsel of record for Plaintiff in the above-captioned action submits the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of every party the undersigned counsel represents in the action is as follows: Scott Steele.

2. No party represented by the undersigned counsel is a corporation.

3. The name of the law firm whose attorneys will appear for the Plaintiff in the above-captioned action is Kravit, Hovel & Krawczyk s.c.

KRAVIT, HOVEL & KRAWCZYK S.C.

*/s/ Stephen E. Kravit*
Stephen E. Kravit
  WI State Bar No. 1016306
Aaron H. Aizenberg
  WI State Bar No. 1066340
Benjamin R. Prinsen
  WI State Bar No. 1074311
Stuart J. Check
  WI State Bar No. 1096287
*Attorneys for Scott Steele*

Kravit, Hovel & Krawczyk s.c.
825 North Jefferson - Fifth Floor
Milwaukee, WI 53202
(414) 271-7100 - Telephone
(414) 271-8135 - Facsimile
kravit@kravitlaw.com
aha@kravitlaw.com
brp@kravitlaw.com
sjc@kravitlaw.com

Dated: December 23, 2019