# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# (MILWAUKEE DIVISION)

| | |
|---|---|
| SCOTT STEELE, | CASE NO. 2:19-cv-01879 |
| Plaintiff, | JUDGE LYNN ADELMAN |
| v. | |
| SCRIPPS MEDIA, INC. | |
| Defendant. | |

## DEFENDANT'S CIVIL L. R. 7.1 CORPORATE DISCLOSURE STAEMENT

The undersigned counsel of record for Defendant in the above-captioned action submits the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Defendant Scripps Media, Inc. is an Delaware Corporation, and is a wholly-owned subsidiary of E.W. Scripps Company, an Ohio Corporation. E.W. Scripps is publically traded on the New York Stock Exchange under the stock symbol SSP.

2. The name of the law firm whose attorney will appear for the Defendant in the above-captioned action is Baker & Hostetler LLP.

Dated: January 31, 2020.

*/s/ M. Scott McIntyre*
M. Scott McIntyre (OH 0075298)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Telephone: (513) 852-2622
Facsimile: (513) 929-0303
Email: smcintyre@bakerlaw.com

*Attorney for Defendant Scripps Media, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2020, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ M. Scott McIntyre*
M. Scott McIntyre (OH 0075298)
