UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SCOTT STEELE, | CASE NO. 2:19-CV-01879 |
| Plaintiff, | JUDGE LYNN S. ADELMAN |
| v. | |
| SCRIPPS MEDIA INC., | |
| Defendant. | |

## JOINT REQUEST TO APPOINT MEDIATOR

Defendant Scripps Media Inc. d/b/a. WTMJ-TV ("Defendant") and Plaintiff Scott Steele (jointly, the "Parties"), hereby jointly request this Court to appoint a Magistrate Judge as mediator for this case. After conference, the parties respectfully request this Court to assign either Magistrate Judge William E. Callahan or Magistrate Judge Aaron E. Goodstein to mediate this case at the next mutually available date.

Respectfully submitted,

| | |
|---|---|
| /s/*M. Scott McIntyre* | /s/ *Stephen E. Kravit* |
| M. Scott McIntyre (OH 0075298) | Stephen E. Kravit (WI 1016306) |
| BAKER & HOSTETLER LLP | KRAVIT, HOVEL & KRAWCZYK s.c. |
| 312 Walnut Street, Suite 3200 | 825 North Jefferson, Fifth Floor |
| Cincinnati OH 45202-4074 | Milwaukee, WI 53202 |
| Telephone: 513.852.2622 | Telephone: 414.271.7100 |
| Facsimile: 513.929.0303 | Facsimile: 414.271.8135 |
| Email: smcintyre@bakerlaw.com | Email: kravit@kravitlaw.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |