# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SCOTT STEELE,**
        **Plaintiff,**

   v.                                        Case No. 19-C-1879

**SCRIPPS MEDIA INC.,**
        **Defendant.**

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **February 12, 2020 at 10:30 a.m.** The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 11th day February, 2020.

                                           s/Lynn Adelman
                                           LYNN ADELMAN
                                           District Judge