UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(MILWAUKEE DIVISION)

SCOTT STEELE,

        Plaintiff,

v.                                                Case No. 19-cv-1879

SCRIPPS MEDIA, INC.,

        Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

      Defendant Scripps Media Inc. ("Scripps") filed a motion for extension of time to file an answer. (Dkt. 16.) Plaintiff opposes that motion.

      The complaint in this matter was filed on December 20, 2019. (Dkt. 1.) Pursuant to Federal Rule of Civil Procedure 4(d), Plaintiff requested waiver of service from Scripps on December 23, 2019, to which Scripps agreed, giving Scripps 60 days in which to answer or otherwise respond to the complaint. (Dkt. 4.) As Scripps' original answer date of February 21, 2020 approached, Scripps filed an unopposed motion for extension of time, which this Court granted, further extending Scripps' answer date to March 23, 2020. (Dkt. 7.) The current March 23rd answer date is a full 94 days after Plaintiff filed the complaint. Plaintiff has been more than accommodating to Scripps,

      Scripps' sole basis for seeking a further extension of its deadline to respond to the complaint is efficiency. (Dkt. 16 at ¶ 1.) Scripps does not want to file a pleading that may prove "unnecessary" if the case is settled at the upcoming mediation, scheduled to take place on the same

day Scripps' responsive pleading is due. (Dkt. 15.) But knowing what Scripps' answers and defenses are, whether it is moving to dismiss, or whether it will file a counterclaim (which has been threatened), will facilitate discussions during mediation. By filing a responsive pleading before the mediation, the Court and the parties will have a better understanding of the actual, specific issues in this case. That is a key to successful mediation.

The Court should deny Scripps' request for a further extension of time, and in fact should order Scripps to file its responsive pleading before the mediation takes place.

KRAVIT, HOVEL & KRAWCZYK S.C.

/s/ Stephen E. Kravit
Stephen E. Kravit
State Bar No. 1016306
Aaron H. Aizenberg
WI State Bar No. 1066340
Benjamin R. Prinsen
State Bar No. 1074311
Stuart J. Check
State Bar No. 1096287
*Attorneys for Plaintiff*
Kravit, Hovel & Krawczyk s.c.
825 North Jefferson - Fifth Floor
Milwaukee, WI 53202
(414) 271-7100 - Telephone
(414) 271-8135 - Facsimile
kravit@kravitlaw.com
aha@kravitlaw.com
brp@kravitlaw.com
sjc@kravitlaw.com

Dated: March 4, 2020