# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

SCOTT STEELE,

      Plaintiff,

v.

SCRIPPS MEDIA, INC.

      Defendant.

CASE NO. 2:19-cv-01879

JUDGE LYNN ADELMAN

---

## REPLY TO RESPONSE TO MOTION FILED BY PLAINTIFFS

The Parties jointly agreed to expedited mediation with the expectation that the Defendant's time to Respond to the Complaint would be extended until after the mediation. Defendant seeks to avoid the expense associated with a responsive pleading in the expectation that the case will be resolved at mediation.

Defendant agreed to seek early mediation dates from the two Magistrate Judge's the Plaintiffs' counsel preferred for the mediation (Magistrate Judge William E. Callahan and Magistrate Judge Aaron E. Goodstein). When neither of the two Magistrate Judges were available to mediate until April, the Parties agreed to mediation with Magistrate Judge Patricia Gorence, the next available Magistrate Judge. Then, after Plaintiff's counsel agreed to mediate with Magistrate Judge Patricia Gorence, Plaintiff's counsel asked Defendant to agree to mediate before Judge Adelman. Defendant agreed. Due to scheduling availability, the Parties and the Court have settled upon March 23, 2020 for the mediation, even though the Parties intended for the mediation to occur prior to the Answer date.

The Response's accusations are inaccurate. It is accurate that requiring Defendant to incur fees for responding to the Complaint prior to mediation would make the case less likely to resolve from Defendant's perspective and frustrate the purposes of Defendant agreeing to expedited early mediation. For this reason, Defendant respectfully requests that the Court grant the Motion to Extend the Response date until April 10, 2020.

Respectfully submitted,

*/s/ M. Scott McIntyre*

M. Scott McIntyre (OH0075298)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati OH 45202-4074
Telephone: 513.852.2622
Facsimile: 513.929.0303
Email: smcintyre@bakerlaw.com

*Attorney for Defendant Scripps Media, Inc.*

4813-2592-2486.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Reply was filed with the Court via the

CM/ECF system on March 4, 2020, which will send notice to Counsel for Plaintiff:

Stephen Kravit (WI 1016306)
KRAVIT, HOVEL & KRAWCZYK s.c.
825 North Jefferson, 5th Floor
Milwaukee, WI 53202
Kravit@kravitlaw.com


*/s/ M. Scott McIntyre*
M. Scott McIntyre

4813-2592-2486.1