# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SCOTT STEELE,**
        **Plaintiff,**

    v.                                      Case No. 19-C-1879

**SCRIPPS MEDIA INC.,**
        **Defendant.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 4/13/20
Time Commenced/Concluded: 1:00 p.m.-1:15; 1:45–1:55
Deputy Clerk: MA                     Court Reporter: NA

APPEARANCES:

Plaintiff: Stephen Kravit

Defendant: Michael McIntyre

Nature of Conference: Telephonic Status Conference

Notes:

- Court and parties continued mediation/settlement discussions. The parties appeared to reach agreement. On the assumption that the parties will be able to finalize the settlement, the case will be closed for administrative purposes only pending receipt of a stipulation of dismissal or notice of voluntary dismissal.