UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(MILWAUKEE DIVISION)

---

SCOTT STEELE,

        Plaintiff,

v.                             Case No. 19-cv-1879

SCRIPPS MEDIA, INC.,

        Defendant.

---

## NOTICE OF DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scott Steele, by and through his undersigned attorneys, hereby dismisses all claims against Defendant Scripps Media, Inc. with prejudice.

Dated: May 19, 2020.                       Respectfully submitted,

                                                              */s/ Stephen E. Kravit*
                                                               Stephen E. Kravit
                                                               WI State Bar No. 1016306
                                                               Aaron H. Aizenberg
                                                               WI State Bar No. 1066340
                                                               Benjamin R. Prinsen
                                                               WI State Bar No. 1074311
                                                               Stuart J. Check
                                                               WI State Bar No. 1096287
                                                               *Attorneys for Scott Steele*

                                                               Kravit, Hovel & Krawczyk s.c.
                                                               825 North Jefferson - Fifth Floor
                                                               Milwaukee, WI 53202
                                                               (414) 271-7100 - Telephone
                                                               (414) 271-8135 - Facsimile

kravit@kravitlaw.com
aha@kravitlaw.com
brp@kravitlaw.com
sjc@kravitlaw.com